IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02788-WDM-MJW

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

LARRY A. TALMADGE, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on February 20, 2009.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge